

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-12-00638-CV

Salvador G. **MORA**,
Appellant/Cross-Appellee

v.

Sylvia Ramon **MORA**,
Appellee/Cross-Appellant

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10478
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Luz Elena D. Chapa, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court